**Order entered January 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01326-CV

### ALFONSO CHAN, Appellant

### V.

### SLK BUILDERS, LLC AND RANDALL DUKE, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09748**

## ORDER

Before the Court is appellant's January 2, 2019 motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **February 7, 2019**. We caution appellant that further extension requests in this accelerated appeal will be disfavored.

/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE